## ATTORNEYS AT LAW

D. Scott Erickson
Timothy J. Henkel
Robert H. Silkensen*, Of Counsel

October 21, 2009

Docketing Clerk
U.S. Federal District Court
District of Minnesota
300 South Fourth Street, Suite 202
Minneapolis, MN 55415



Re:   Request for Writ of Execution
      Court File No.: 08-cv-4817 MJD/JJK

Dear Clerk:

I am formally requesting that the attached Writ of Execution be issued by the Court.  If you have any questions or concerns, please do not hesitate to contact me at (612) 333-7600.

Sincerely,

D.S. Erickson & Associates, PLLC

Timothy J. Henkel
Attorney

enclosures

30 North First Street   Suite 400   Minneapolis, MN 55401   Phone: 612-333-7600   Fax: 612-333-7611

*LLM in Tax